

FILED
CLERK, U.S. DISTRICT COURT

APR 12 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   Case No.: CR 15-551-SJO
                                         )
                    Plaintiff,           )
                                         )
          vs.                            )   ORDER OF DETENTION AFTER HEARING
                                         )     [Fed.R.Crim.P. 32.1(a)(6);
                                         )      18 U.S.C. 3143(a)]
MICHAEL HAMMOND                          )
                                         )
                    Defendant.           )
_____  )

        The defendant having been arrested in this District pursuant to

a warrant issued by the United States District Court for the

Central Dist. CA        for alleged violation(s) of the terms and

conditions of his/her [probation] [supervised release]; and

        The Court having conducted a detention hearing pursuant to

Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.   ☒   The defendant has not met his/her burden of establishing by

clear and convincing evidence that he/she is not likely to flee

if released under 18 U.S.C. § 3142(b) or (c).  This finding is

based on nature of allegations, no verified background info at present

and/or

B.    (  )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

    IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:     4/12/16

_____
UNITES STATES MAGISTRATE JUDGE
PAUL L. ABRAMS